1

CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082

2

Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250

3

San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax

4

amandas@potterhandy.com
Attorney for Plaintiff

5

6

R. ERNEST MONTANARI (SBN: 152209)
emontanari@mmllawpc.com

7

MUSACCHIO & MONTANARI, P.C.
3478 Buskrik Avenue, Suite 350,

8

Pleasant Hill, California 94523
Telephone: (925) 465-3950

9

Facsimile: (925) 465-3951
Attorney for Defendant

10

**Finnegan's Rainbow Inc.**

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

ANDRES GOMEZ,,

Case: 3:21-cv-06978-MMC

15

Plaintiff,

16

v.

JOINT STIPULATION FOR
DISMISSAL PURSUANT TO
F.R.CIV.P. 41 (a)(1)(A)(ii)

17

FINNEGAN'S RAINBOW, INC., a
California Corporation County of

18

San Mateo; and Does 1-10,

19

Defendant.

20

21

22

23

24

25

26

27

28

1

1

## STIPULATION

2

3        Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4   between the parties hereto that this action may be dismissed with prejudice

5   **as to all parties; each party to bear his/her/its own attorneys' fees and costs.**

6   This stipulation is made as the matter has been resolved to the satisfaction of

7   all parties.

8   Dated: May 3, 2022            CENTER FOR DISABILITY ACCESS

9
                                 By: /s/Amanda Seabock
10                                   Amanda Seabock
                                     Attorneys for Plaintiff
11

12   Dated: May 3, 2022            MUSACCHIO & MONTANARI, P.C.

13
                                 By:  /s/R. Ernest Montanari
14                                   R. Ernest Montanari
                                     Attorney for Defendant
15                                   **Finnegan's Rainbow Inc.**

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

<u>SIGNATURE CERTIFICATION</u>

3   I hereby certify that the content of this document is acceptable to R. Ernest
4   Montanari, counsel for **Finnegan's Rainbow Inc.**, a California Corporation
5   County of San Mateo and that I have obtained Mr. Montanari's authorization
6   to affix his electronic signature to this document.
7
8   Dated: May 3, 2022          CENTER FOR DISABILITY ACCESS
9
10                              By: <u>/s/ Amanda Seabock</u>
11                                  Amanda Seabock
                                    Attorneys for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28